**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Jesus Manuel TORRES–MARTINEZ,**
**Defendant—Appellant.**

**No. 07–10079.**

United States Court of Appeals,
Ninth Circuit.

Submitted Sept. 8, 2008.*

Filed Sept. 30, 2008.

Albert L. Kleiner, USTU–Office of the U.S. Attorney Evo A. Deconcini U.S. Courthouse, Tucson, AZ, for Plaintiff-Appellee.

Francisco Leon, Esq., Tucson, AZ, for Defendant–Appellant.

Before: SILVERMAN, CALLAHAN, and N.R. SMITH, Circuit Judges.

MEMORANDUM **

Jesus Manuel Torres–Martinez appeals from the 41–month sentence imposed following his guilty-plea conviction for importation of marijuana, in violation of 21 U.S.C. §§ 952(a) and 960(a)(1), (b)(2)(G), and possession with intent to distribute marijuana, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B)(vii). We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Torres–Martinez contends that the district court erred at sentencing by: (1) failing to consider and discuss the factors set forth in 18 U.S.C. § 3553(a); (2) placing undue weight on the advisory Guidelines range; and (3) considering the fact that he did not plead guilty pursuant to a plea agreement. Torres–Martinez further contends that his sentence is unreasonable. We conclude that the district court did not commit procedural error and that Torres–Martinez's sentence is substantively reasonable. *See Rita v. United States,* 551 U.S. 338, 127 S.Ct. 2456, 2468–69, 168 L.Ed.2d 203 (2007); *United States v. Carty,* 520 F.3d 984, 994–96 (9th Cir.2008) (en banc); *see also United States v. Reina–Rodriguez,* 468 F.3d 1147, 1158–59 (9th Cir.2006), overruled on other grounds by *United States v. Grisel,* 488 F.3d 844, 851 n. 5 (9th Cir.2007).

**AFFIRMED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.